# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY A. OCKERLUND & DIANE T. OCKERLUND         Case Number: 08-70583
4560 BARHARBOR DRIVE         SSN-xxx-xx-7402 & xxx-xx-4126
LAKE IN THE HILLS, IL  60156

Case filed on: 2/29/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $15,374.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 3,500.00 | 3,500.00 | 2,000.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,000.00 | 0.00 |
| 009 | CC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | UNITED RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY A. OCKERLUND | 0.00 | 0.00 | 11,285.85 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 11,285.85 | 0.00 |
| 001 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 9,052.89 | 9,052.89 | 1,242.10 | 529.37 |
| 002 | CITIMORTGAGE | 92,976.25 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LENDING | 250.00 | 250.00 | 0.00 | 0.00 |
| 025 | CITIMORTGAGE | 1,123.00 | 1,123.00 | 0.00 | 0.00 |
|  | Total Secured | 103,402.14 | 10,425.89 | 1,242.10 | 529.37 |
| 001 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PORTFOLIO RECOVERY ASSOCIATES | 6,941.03 | 6,941.03 | 0.00 | 0.00 |
| 005 | CREDITORS BANKRUPTCY SERVICE | 2,139.46 | 2,139.46 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 9,043.87 | 9,043.87 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 7,007.76 | 7,007.76 | 0.00 | 0.00 |
| 008 | FIA CARD SERVICES aka BANK OF AMERICA | 3,785.46 | 3,785.46 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 23,215.89 | 23,215.89 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 8,356.17 | 8,356.17 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 6,705.90 | 6,705.90 | 0.00 | 0.00 |
| 013 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DFS SERVICES LLC | 8,994.09 | 8,994.09 | 0.00 | 0.00 |
| 015 | DFS SERVICES LLC | 6,127.92 | 6,127.92 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 428.35 | 428.35 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 2,737.52 | 2,737.52 | 0.00 | 0.00 |
| 019 | HSBC / CARSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHASE BANK USA NA | 877.14 | 877.14 | 0.00 | 0.00 |
| 021 | SCA / TEMPLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 5,492.41 | 5,492.41 | 0.00 | 0.00 |
| 024 | WASHINGTON MUTUAL/PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 91,852.97 | 91,852.97 | 0.00 | 0.00 |
|  | Grand Total: | 198,755.11 | 105,778.86 | 14,527.95 | 529.37 |

Total Paid Claimant:      $15,057.32
Trustee Allowance:        $316.68
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2009          By  /s/Heather M. Fagan